# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KEITH GOODWIN, et al., | ) | CASE NO. 5:14-cv-121 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| THE COUNTY OF SUMMIT, OHIO, | ) | |
| | ) | |
| DEFENDANT. | ) | |

For all of the reasons set forth in the contemporaneously filed Memorandum Opinion, the renewed motion of defendant, The County of Summit, Ohio, to dismiss and/or motion for judgment on the pleadings (Doc. No. 29) is granted, and the motion of plaintiffs, Keith Goodwin and Keith Heating and Cooling, Inc., to amend (Doc. No. 35) is denied. All claims asserted by plaintiffs are dismissed and this case is closed.

**IT IS SO ORDERED**.

Dated: September 21, 2016

_____
**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**